IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVEVON HENDERSON                                                                                    PLAINTIFF

v.                                           Case No. 4:23-cv-04078

ATLANTIC TRACK AND RUNWAY
SERVICES, LLC, RICK SWOPE, &
JOHN DUNN                                                                                          DEFENDANTS

## ORDER

Before the Court is Separate Defendant John Dunn's Motion to Set Aside Entry of Default. ECF No. 40. The Court finds the matter ripe for consideration.

On August 18, 2023, Plaintiff filed his Complaint. ECF No. 2. On February 14, 2024, Defendant Dunn was served with process. ECF No. 33. The deadline for Defendant Dunn to file an answer or otherwise respond to Plaintiff's Complaint was March 6, 2024. *Id.* Defendant Dunn did not respond by the deadline. On March 14, 2024, Plaintiff filed an Affidavit in Support of Default of Defendant Dunn. ECF No. 38. On March 15, 2024, the Clerk of Court entered default of Defendant Dunn. ECF No. 39. In the instant motion, counsel for Defendant Dunn states that he "first became aware of the service of the complaint upon Dunn and the Plaintiff's Affidavit in Support of Default in the evening of March 14, 2024." ECF No. 40, p. 1. Defendant Dunn requests that the Court set aside the entry of default against him to allow him to file an answer to Plaintiff's Complaint. *Id.* at 2. Defendant Dunn informs the Court that Plaintiff does not oppose his request. *Id.*

Upon consideration, the Court finds that good cause for the instant motion has been shown. Accordingly, Defendant Dunn's Motion to Set Aside Entry of Default is hereby **GRANTED**. The Clerk's Entry of Default (ECF No. 39) is hereby set aside. Defendant Dunn is

directed to file an answer or otherwise respond to Plaintiff's Complaint within seven (7) days of the entry of this Order.

      **IT IS SO ORDERED**, this 15th day of April, 2024.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              Chief United States District Judge