IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVEVON HENDERSON                                                                                          PLAINTIFF

v.                                        Case No. 4:23-cv-04078

ATLANTIC TRACK AND RUNWAY
SERVICES, LLC, RICK SWOPE, &
JOHN DUNN                                                                                                DEFENDANTS

## ORDER

Before the Court is Defendant Atlantic Track Runway, LLC's ("Defendant Atlantic Track") Motion to Withdraw Anuj Teotia as counsel of record. ECF No. 43. No response is necessary.

Defendant Atlantic Track states, through counsel, that "Anuj Teotia is leaving the employment of Friday, Eldredge & Clark, LLP." *Id.* Defendant Atlantic Track will continue to be represented by Michael Moore and Kat Hodge.

The Court finds good cause for the motion (ECF No. 43), which is hereby **GRANTED**. Anuj Teotia is hereby relieved as counsel of record for Defendant Atlantic Track, who will continue to be represented by Michael Moore and Kat Hodge. The Clerk of Court is **DIRECTED** to remove Anuj Teotia as attorney of record for Defendant Atlantic Track and remove him from the list of attorneys who receive notice in this case.

**IT IS SO ORDERED**, this 6th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge