IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVEVON HENDERSON                                                                                    PLAINTIFF

v.                                        Case No. 4:23-cv-04078

ATLANTIC TRACK AND RUNWAY
SERVICES, LLC, RICK SWOPE, &
JOHN DUNN                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 20, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 61). Judge Bryant recommends that Separate Defendant Rick Swope's Motion to Dismiss (ECF No. 27) be denied.

Separate Defendant has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 61) *in toto*. Accordingly, Separate Defendant Rick Swope's Motion to Dismiss (ECF No. 27) is **DENIED**.

**IT IS SO ORDERED**, this 12th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge