IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVEVON HENDERSON;                                                                                    PLAINTIFF

v.                                  Case No. 4:23-cv-04078

ATLANTIC TRACK AND RUNWAY
SERVICES, LLC; RICK SWOPE; and
JOHN DUNN                                                                                            DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Stay Deadlines and Request for Settlement Conference filed by Plaintiff and Defendants. (ECF No. 76). The parties move the Court to stay the pending dispositive motion deadlines and continue the trial of this matter.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Joint Motion to Stay Deadlines and Request for Settlement Conference (ECF No. 76) is **GRANTED**. The trial in this matter, currently set for the week of May 19, 2025, is cancelled. Trial will commence on October 20, 2025. The dispositive motions deadline is extended until July 12, 2025. All other deadlines that have not yet passed should be modified in accordance with the new trial date.

**IT IS SO ORDERED**, this 18th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge